IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RUTH SCHAFER,

                        Plaintiff,

v.

RAUSCH, STURM, ISRAEL,
ENERSON AND HORNIK, L.L.C.,

                        Defendant.

ORDER

10-cv-644-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Ruth Schafer has filed a notice of settlement (dkt. #29), indicating that the parties anticipate the filing of settlement paperwork by December 16, 2011. If settlement has not been accomplished by that time, plaintiff is to report on the status of the matter at a telephone conference on December 21, 2011 at 9:15 a.m. Plaintiff's counsel is to initiate the conference call to chambers at (608) 264-5447. If, before December 21, 2011, plaintiff's counsel has advised the court that it may enter its standard order of dismissal or has filed a statement confirming settlement, the status conference will be canceled.

      Entered this 7th day of December, 2011.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge